# EXHIBIT B

Filed: 5/15/2019 2:14 PM
Clerk
Putnam County, Indiana

**Putnam Circuit Court**

STATE OF INDIANA      )           IN THE PUTNAM SUPERIOR/CIRCUIT COURT
                      )SS:
COUNTY OF PUTNAM      )           2019 TERM

MARK RUTHRAUFF
    Plaintiff

    vs.                          CAUSE NO. **67C01-1905-CT-000291**

JULIAN DROZDOWSKI and
FTI HOLDINGS
    Defendants

## COMPLAINT

Plaintiff Mark Ruthrauff complains of the defendant Julian Drozdowski and for cause of action, says:

1. On May 16, 2017, there was in Putnam County, Indiana, a paved, public road running in an easterly and westerly direction, known as Interstate 70.

2. At about 11:31 a.m. on May 16, 2017, plaintiff Mark Ruthrauff was riding as a passenger in a vehicle driven by Gregory Pearson heading westbound, on Interstate 70. The vehicle in which Mark Ruthrauff was a passenger had to slow for traffic due to roadside work near mile marker 44 when FTI Holdings driver Julian Drozdowski approached from behind failing to slow for traffic striking the vehicle from behind.

3. As a result of this collision, plaintiff Mark Ruthrauff was injured, he has required medical treatment and incurred expense therefore, he has suffered pain and mental anguish, all of which things are continuing and permanent.

4. This collision and plaintiff's injuries and damages were directly and proximately caused by the negligence of the defendant Julian Drozdowski in the operation of the motor vehicle he was driving.

WHEREFORE, plaintiff prays and demands judgment against the defendant Julian Drozdowski in such an amount as will fully and fairly compensate him for all of his injuries and damages, for the costs of this action, and for all other just and proper relief.

McGLONE LAW

BY *Daniel McGlone*

DANIEL J. McGLONE (14033-84)
1717 South 3rd Street
Terre Haute, Indiana 47802
(812) 234-4000
(812) 234-4900 FAX
Attorney for Plaintiff

## COUNT II

Plaintiff Mark Ruthrauff complains of the defendant FTI Holdings and for cause of action, says:

1-3. Plaintiff Mark Ruthrauff incorporates herein by reference Paragraphs 1 through 3 from Count I of this Complaint.

4. At all times relevant herein, defendant Julian Drozdowski was employed by defendant FTI Holdings and acting within the course and scope of his employment.

5. At all times herein applicable, defendant FTI Holdings was a corporation engaged in the transportation industry in Canada and maintaining a location in Dundas, Ontario, Canada at 466 Highway 52, RR#2.

6. The losses and damages of plaintiff Mark Ruthrauff were directly and proximately caused by the negligence of the defendant FTI Holdings, Inc. by and through its employee Julian Drozdowski in the operation of the motor vehicle he was driving.

WHEREFORE, plaintiff Mark Ruthrauff prays and demands judgment against the defendant FTI Holdings, Inc. in such an amount as will fully and fairly compensate him for all of his losses and damages, for the costs of this action, and for all other just and proper relief.

McGLONE LAW

BY _____
DANIEL J. McGLONE (14033-84)
1717 South 3rd Street
Terre Haute, Indiana 47802
(812) 234-4000
(812) 234-4900 FAX
Attorney for Plaintiff

## REQUEST FOR JURY TRIAL

Plaintiff requests trial by jury as to all issues in this case.

_____
DANIEL J. McGLONE (14033-84)